# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Axion International, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 15-12415 (CSS)<br><br>**Re: Docket No. 4** |
| In re<br><br>Axion International Holdings, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 15-12416(CSS)<br><br>**Re: Docket No. 3** |
| In re<br><br>Axion Recycled Plastics Incorporated,<br><br>Debtor. | Chapter 11<br><br>Case No.: 15-12417 (CSS)<br><br>**Re: Docket No. 3** |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing the joint administration of the Debtors' separate chapter 11 cases for procedural purposes only, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

{BAY:02819758v1}

deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No.: 15-12415 (CSS) in accordance with the provisions of Bankruptcy Rule 1015(b) and Local Rule 1015-1, and the joint caption of the cases shall read as it appears immediately below:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Axion International, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-12415 (CSS)<br><br>(Jointly Administered) |

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Axion International, Inc. [1880], Axion International Holdings, Inc. [6389], Axion Recycled Plastics Incorporated [5048]. The address of the Debtors' corporate headquarters is 4005 All American Way, Zanesville, OH 43701.

3. All original pleadings shall be captioned as indicated in the preceding paragraph, without reference to the Debtors' respective states of incorporation and tax incorporation matters, and all original docket entries shall be made solely in the case of Axion International, Inc., Case No.: 15-12415 (CSS) unless the Court orders otherwise.

4. A docket entry shall be made in each of the other Debtors' chapter 11 cases substantially as follows:

> An order has been entered in this case consolidating this case with the case of Axion International, Inc., Case No.: 15-12415 (CSS) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No.: 15-12415 (CSS)

shall be consulted for all matters affecting this case.

5. The caption set forth above shall be deemed to satisfy any applicable requirements of Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

6. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor allegedly obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of these chapter 11 cases.

8. All schedules of assets and liabilities, statements of financial affairs, and proofs of claim shall be captioned and filed in the respective case of the relevant Debtor. All other documents shall be captioned and filed solely in the lead case unless otherwise ordered by the Court.

9. This Order shall take effect immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

Dated: December 4, 2015
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge